UNITED STATES DISTRICT COURT
DISTICT OF CONNECTICUT

| | |
|---|---|
| PETER KLEFTOGIANNIS<br>Plaintiff | DOCKET NO.: 3:18-cv-01975-VAB |
| v. | |
| INLINE PLASTICS CORP.<br>Defendant | OCTOBER 21, 2019 |

## MOTION FOR SUMMARY JUDGMENT

The defendant, Inline Plastic's Corp. ("Inline"), moves pursuant to Fed.R.Civ.P.56 for summary judgment as to Counts One, Two and Three (the remaining Counts) of plaintiff's Complaint. There is no genuine issue of material fact and defendant is entitled to judgment on all remaining Counts. Counts One and Two, Age Discrimination in Employment Act and Connecticut Fair Employment Practices Act claims, fail as plaintiff can neither produce evidence to establish that he was discharged under conditions which infer age discrimination, nor demonstrate that Inline's stated reasons for termination were pretextual. The defendant is further entitled to judgment on Count Three, defamation, because Inline's internal investigation report is privileged and the privilege was not abused.

The defendant hereby submits the Local Rule 56(a)1 Statement, Memorandum of Law in Support, and affidavits of Stephen Welford, Vanessa Siveyer, and David Corbett, along with Exhibits A through E.

**ORAL ARGUMENT REQUESTED**

DEFENDANT, INLINE PLASTICS CORP.

_____
David A. Corbett, Esq. [ct21303]
LITCHFIELD CAVO, LLP
82 Hopmeadow St., Ste. 210
Simsbury, CT 06089
Telephone: 203.413.2703
corbett@litchfieldcavo.com

**CERTIFICATION OF SERVICE**

I hereby certify that on October 21, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

_____
David A. Corbett, Esq. [ct21303]