## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

PETER KLEFTOGIANNIS
    Plaintiff,

V.	CASE NO. 3:18cv01975(VAB)

INLINE PLASTICS CORP.,
    Defendant.

### JUDGMENT

This matter having come on for consideration of the defendant's motion for summary judgment doc. #38, before the Honorable Victor A. Bolden, United States District Judge; and the Court having considered the full record of the case including applicable principles of law and granted the defendant's motion. Accordingly, judgment shall enter in favor of defendant.  It is therefore;

ORDERED, ADJUDGED and DECREED that judgment enter in favor of the defendant, Inline Plastics Corp. and the case is closed.

Dated at Bridgeport, Connecticut this 26th day of June, 2020.

    ROBIN D. TABORA, Clerk

    By:/s/ Jazmin Perez
    Jazmin Perez
    Deputy Clerk

EOD:   6/26/2020